[No. 7098. Decided February 13, 1908.]

O. S. BROWN, *Respondent*, v. JAMES F. KINNEY, *Appellant.*[1]

APPEAL—RECORD—BILL OF EXCEPTIONS—TIME FOR SERVICE. A bill of exceptions not served within 90 days from the date of rendition of judgment will be struck out where no extension of time was given, and the judgment affirmed when no questions are presented except such as are embodied in the bill.

Appeal from a judgment of the superior court for Benton county, Zent, J., entered April 24, 1907, upon default of the defendant, in an action on contract. Affirmed.

*G. A. Lane,* for appellant.

*J. W. Callicotte,* for respondent.

PER CURIAM.—Motion is made to strike appellant's bill of exceptions or statement of facts, on the following grounds: (1) that said bill of exceptions or statement of facts was not filed or served as required by law; (2) that said bill of exceptions or statement of facts was not certified to by the judge in the court where the cause was tried; (3) that no notice was given by the appellant to the respondent as to the time or place when appellant's bill of exceptions or statement of facts would be settled by the court; (4) that no copy of appellant's certified copy of his bill of exceptions or statement of facts was returned to respondent at the time of the service of his brief. In consideration of the conclusion we have reached on the first ground of the motion, it is unnecessary to discuss the others. The judgment was rendered on the 24th day of April, 1907, and appellant's bill of exceptions was not filed or served until July 27, 1907. The record does not show that any extension of time was either asked for or granted by

[1]Reported in 93 Pac. 909.

the court. Under the uniform rulings of this court, the statement of facts must be stricken.

The appeal does not present any questions for determination here excepting such as are embodied in the statement of facts. Therefore the judgment of the lower court will be affirmed.